Michael L. JACKSON, Claimant–Appellant,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7061.

United States Court of Appeals, Federal Circuit.

Aug. 10, 2007.

Edward J. Naidich, Finnegan, Henderson, Farabow, Garrett & Dunner,

* Honorable Elaine E. Bucklo, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.

L.L.P. of Washington, D.C., argued for claimant-appellant. Mark R. Lippman, The Veterans Law Group, of La Jolla, CA, for claimant-appellant.

Brian S. Smith, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, D.C., argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel on the brief were David R. Mclenachen, Deputy Assistant General Counsel, and Martin J. Sendek, Attorney, United States Department of Veterans Affairs, of Washington, D.C.

MICHEL, Chief Circuit Judge, SCHALL, Circuit Judge, and BUCKLO*, District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

---

* Honorable Elaine E. Bucklo, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.